IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Lorenzo Ramos Hernandez,<br><br>Petitioner,<br><br>vs.<br><br>Nubia Avila Montes and Fredy Leonel Barrios,<br><br>Respondents. | Civil Action No. 5:18-cv-00005 |

**Order Staying Service of Process**

Before the Court is the Emergency Motion to Stay Service of Process by the United States Marshal (ECF No. 13). For the reasons set forth in Petitioner's motion, the motion is **GRANTED**.

Therefore, it is **ORDERED** that the United States Marshal shall wait to serve Respondents Nubia Avila Montes and Fredy Leonel Barrios with process until the Court can consider the pending *Ex Parte* Motion for a Temporary Restraining Order (ECF No. 6). The United States Marshal and the Clerk of Court is directed to withhold service of any documents, papers, or other process in this action until further order of the Court.

**It is so ORDERED.**

_____
Honorable Judge James C. Dever, III
Chief United States District Court Judge
Eastern District of North Carolina

Raleigh, North Carolina
January 12, 2018