IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-5-D

LORENZO RAMOS HERNANDEZ,           )
                                   )
                    Petitioner,    )
          v.                       )          **ORDER**
                                   )
NUBIA AVILA MONTES, and            )
FREDY LEONEL BARRIOS,              )
                                   )
                    Respondents.   )

On January 22, 2018, the court held a preliminary injunction hearing in this action. As discussed in open court and incorporated by reference, the court converts the temporary restraining order of January 12, 2018, into a preliminary injunction. See [D.E. 16].

The court orders as follows:

(1). Nubia Avila Montes a/k/a Nubia Montes Avila and Fredy Leonel Barrios—or any other acting on their behalf—are PROHIBITED from removing the Child, N.R.A., from the Eastern District of North Carolina pending resolution of this action;

(2). Not later than 5:00 p.m. on January 23, 2018, Nubia Avila Montes a/k/a Nubia Montes Avila SHALL provide to the Clerk of Court of the Eastern District of North Carolina the birth certificate that she possesses for the Child, N.R.A. The Clerk of Court will retain the birth certificate for safekeeping until further order of this court.

(3). Respondents SHALL file a response to the Verified Expedited Petition, [D.E. 1], not later than February 2, 2018;

(4). Once Respondents have retained counsel, counsel SHALL file a notice of appearance. The court anticipates holding a hearing on the merits of the Verified Expedited Petition during the week of February 5, 2018; and

(5). Nubia Avila Montes a/k/a Nubia Montes SHALL permit Lorenzo Ramos Hernandez

(N.R.A.'s father) to speak via videoconference with N.R.A.

SO ORDERED. This 22 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge