IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Lorenzo Ramos Hernandez,<br><br>Petitioner,<br><br>vs.<br><br>Nubia Avila Montes and Fredy Leonel Barrios,<br><br>Respondent. | Civil Action No. 5:18-CV-00005-D<br><br>**ORDER** |

This matter is before the Court on Petitioner Lorenzo Ramos Hernandez's Motion to File Document Under Seal [Dkt. 23]. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Petitioner's Proposed Sealed Order [Dkt. 22] shall be sealed and remain under seal in accordance with Fed. R. Civ. P. Rule 5.2(d) and Local Civil Rule 79.2(b), EDNC, until otherwise ordered by this Court.

IT IS SO ORDERED this the 7 day of February, 2018.

James C. Dever, III
Chief United States District Judge